UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 2113(a) |
| SUNNY P. PAREKH, | : | (Bank Robbery) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C), |
| | : | 28 U.S.C. § 2461, and 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about December 4, 2014, within the District of Columbia, **SUNNY P. PAREKH**, by force, violence, and intimidation did take from the person and presence of another, approximately $1,936 in money belonging to, and in the care, custody, control, management and possession of the Premier Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $138.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: *[signature]*
THOMAS P. SWANTON
Assistant United States Attorney
D.C. Bar No. 462144
555 4th Street, NW, Room 4818
Washington, D.C. 20530
(202) 252-7063
Thomas.Swanton@usdoj.gov